IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DR. DEREK MELBY, AND DANILO POLICARPIO as individuals and on behalf of all others similarly situated | § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:17-CV-155-M |
| v. | § § | *consolidated with* |
| AMERICA'S MHT, INC., SCOTT POSTLE, ASCENTIUM CAPITAL, LLC, and CLIFF MCKENZIE | § § § § | Civil Action Nos. 3:17-CV-732-M; 3:17-CV-868-M; and 3:17-CV-963-M |
| Defendants. | § § | |

**DECLARATION OF ISAAC J. TAWIL IN SUPPORT OF APPROVAL
OF CLASS COUNSEL'S MOTION FOR AN AWARD OF
ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES**

I, Isaac J Tawil, hereby declare:

1. I am and have been since 1999 an attorney duly licensed and practicing in Texas the State of Texas. I have personal knowledge of the matters set forth in this declaration and, if called to testify, could and would competently testify about them. I submit this declaration in support of Class Counsel's application for attorney's fees and reimbursement of expenses, plus interest.

2. I represent the following class members ("Settling Clients") who have opted in to the proposed class settlement:

    a. David Schnaiderman, M.D.

    b. Adriana Gomez, M.D.

      c. Eduardo Candanosa, M.D.

      d. Miguel Guerra Valencia, M.D.

      e. Oscar Salinas, M.D.

3. Since December 2016, on behalf of my Settling Clients, I have collaborated with Class Counsel in the investigation and prosecution of the claims presented in the above styled matter to this Honorable Court.

4. Additionally, I have engaged in various discussions of and made recommendations for the resolution of settlement issues.

5. I have participated in these discussions based upon my legal work and personal investigation of the facts and circumstances related to the claims presented in above styled matter to this Honorable Court.

6. My legal work related to this matter, as provided in more detail on the attached **Exhibit A**, consisted of 102.5 hours of legal services billed to and for which my Settling Clients have paid me $25,608.33 and expenses in the amount of $11,375.25 which my Settling Clients have also paid.

7. Over the past several days, I have worked with my practice management provider to gain an understanding of the mechanisms by which their system will generate the reports attached as Exhibit A and in a manner that will not jeopardize the attorney-client privilege and relationship.

8. Prior to acquiring a license for the use of my practice management system, I billed my client's manually.  For the period of time I represented my Settling Clients in this matter, prior to my acquisition of a license for the use of my practice management software, I billed my Settling Clients manually for approximately 5.96 hours of legal services at a

rate of $250.00 per hour, which my Settling Clients' paid to me. This time is not reflected on the reports generated by my practice management system.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed on July 2, 2018, at McAllen, Texas.

                                                */s/ Isaac J Tawil*
                                                Isaac J Tawil

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2018, a true and correct copy of the foregoing declaration was served on all counsel of record through the Court's electronic filing system.

                                                */s/ Jonathan P. Lemann*
                                                Jonathan P. Lemann

# **Exhibit A**



# David Schnaiderman, et al v. America's MHT d/b/a Medical Home Team, et al

C-5370-16-I    *Case Fees*

Case details generated 07/02/2018

| Date | Activity | Duration | Rate | Total | Status | User |
|---|---|---|---|---|---|---|
| Feb 19, 2018 | Correspondence | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| Feb 19, 2018 | Telephone Conference | 0.4 | $250.00/hr | $100.00 | Invoiced | Isaac Tawil |
| Feb 7, 2018 | Correspondence | 0.4 | $250.00/hr | $100.00 | Invoiced | Isaac Tawil |
| Feb 7, 2018 | Correspondence | 1.7 | $250.00/hr | $425.00 | Invoiced | Isaac Tawil |
| Feb 7, 2018 | Telephone Conference | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Feb 6, 2018 | Telephone Conference | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Jan 30, 2018 | Client Meeting | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Jan 25, 2018 | Correspondence | 0.3 | $250.00/hr | $62.50 | Invoiced | Isaac Tawil |
| Jan 25, 2018 | Telephone Conference | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Dec 27, 2017 | Document Review | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Dec 5, 2017 | Client Meeting | 0.7 | $250.00/hr | $175.00 | Invoiced | Isaac Tawil |
| Dec 4, 2017 | Document Review | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Dec 4, 2017 | Telephone Conference | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Nov 29, 2017 | Correspondence | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Nov 29, 2017 | Correspondence | 1.5 | $250.00/hr | $375.00 | Invoiced | Isaac Tawil |
| Oct 3, 2017 | Telephone Conference | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Sep 29, 2017 | Document Review | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Sep 25, 2017 | Telephone Conference | 0.7 | $250.00/hr | $170.83 | Invoiced | Isaac Tawil |
| Sep 22, 2017 | Document Review | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Sep 22, 2017 | Telephone Conference | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Sep 22, 2017 | Correspondence | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| Sep 22, 2017 | Correspondence | 1.5 | $250.00/hr | $375.00 | Invoiced | Isaac Tawil |
| Sep 12, 2017 | Correspondence | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| Sep 11, 2017 | Correspondence | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Sep 7, 2017 | Correspondence | 1.6 | $250.00/hr | $400.00 | Invoiced | Isaac Tawil |
| Aug 31, 2017 | Telephone Conference | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Aug 28, 2017 | Correspondence | 0.3 | $250.00/hr | $62.50 | Invoiced | Isaac Tawil |
| Aug 25, 2017 | Correspondence | 0.7 | $250.00/hr | $162.50 | Invoiced | Isaac Tawil |
| Aug 25, 2017 | Document Review | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Aug 23, 2017 | Document Review | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Aug 21, 2017 | Correspondence | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Aug 21, 2017 | Correspondence | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |

Exhibit A

| Date | Activity | Duration | Rate | Total | Status | User |
|---|---|---|---|---|---|---|
| Aug 14, 2017 | Document Review | 0.8 | $250.00/hr | $187.50 | Invoiced | Isaac Tawil |
| Aug 14, 2017 | Correspondence | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| Aug 11, 2017 | Correspondence | 0.1 | $250.00/hr | $25.00 | Invoiced | Isaac Tawil |
| Aug 11, 2017 | Document Review | 0.8 | $250.00/hr | $187.50 | Invoiced | Isaac Tawil |
| Aug 10, 2017 | Correspondence | 1.5 | $250.00/hr | $375.00 | Invoiced | Isaac Tawil |
| Aug 10, 2017 | Client Meeting | 1.5 | $250.00/hr | $375.00 | Invoiced | Isaac Tawil |
| Aug 9, 2017 | Telephone Conference | 0.9 | $250.00/hr | $225.00 | Invoiced | Isaac Tawil |
| Aug 9, 2017 | Document Review | 0.3 | $250.00/hr | $62.50 | Invoiced | Isaac Tawil |
| Aug 8, 2017 | Correspondence | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Aug 8, 2017 | Document Review | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Aug 7, 2017 | Document Review | 0.8 | $250.00/hr | $187.50 | Invoiced | Isaac Tawil |
| Aug 4, 2017 | Correspondence | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| Aug 4, 2017 | Correspondence | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Aug 4, 2017 | Telephone Conference | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Aug 4, 2017 | Correspondence | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| Aug 4, 2017 | Correspondence | 0.3 | $250.00/hr | $75.00 | Invoiced | Isaac Tawil |
| Aug 4, 2017 | Document Review | 0.3 | $250.00/hr | $75.00 | Invoiced | Isaac Tawil |
| Aug 4, 2017 | Correspondence | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Aug 3, 2017 | Document Review | 2.0 | $250.00/hr | $500.00 | Invoiced | Isaac Tawil |
| Jul 31, 2017 | Telephone Conference | 0.3 | $250.00/hr | $75.00 | Invoiced | Isaac Tawil |
| Jul 26, 2017 | Client Meeting | 1.5 | $250.00/hr | $375.00 | Invoiced | Isaac Tawil |
| Jul 26, 2017 | Document Review | 2.0 | $250.00/hr | $500.00 | Invoiced | Isaac Tawil |
| Jul 26, 2017 | Correspondence | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| Jul 24, 2017 | Meeting | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Jul 20, 2017 | Document Review | 1.5 | $250.00/hr | $375.00 | Invoiced | Isaac Tawil |
| Jul 20, 2017 | Document Review | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| Jul 19, 2017 | Document Review | 3.0 | $250.00/hr | $750.00 | Invoiced | Isaac Tawil |
| Jul 17, 2017 | Telephone Conference | 1.5 | $250.00/hr | $375.00 | Invoiced | Isaac Tawil |
| Jul 13, 2017 | Telephone Conference | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| May 25, 2017 | Telephone Conference | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| May 25, 2017 | Correspondence | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| May 25, 2017 | Correspondence | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| May 25, 2017 | Correspondence | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| May 25, 2017 | Correspondence | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Apr 4, 2017 | Discovery | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Mar 26, 2017 | Discovery | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Mar 24, 2017 | Correspondence | 0.1 | $250.00/hr | $25.00 | Invoiced | Isaac Tawil |
| Mar 7, 2017 | Correspondence | 0.1 | $250.00/hr | $25.00 | Invoiced | Isaac Tawil |
| Mar 7, 2017 | Telephone Conference | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| Mar 7, 2017 | Telephone Conference | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |

Exhibit A

| Date | Activity | Duration | Rate | Total | Status | User |
|---|---|---|---|---|---|---|
| Mar 6, 2017 | Telephone Conference | 0.1 | $250.00/hr | $25.00 | Invoiced | Isaac Tawil |
| Mar 6, 2017 | Telephone Conference | 0.1 | $250.00/hr | $25.00 | Invoiced | Isaac Tawil |
| Mar 5, 2017 | Correspondence | 0.1 | $250.00/hr | $25.00 | Invoiced | Isaac Tawil |
| Mar 4, 2017 | Correspondence | 0.1 | $250.00/hr | $25.00 | Invoiced | Isaac Tawil |
| Mar 3, 2017 | Telephone Conference | 0.3 | $250.00/hr | $75.00 | Invoiced | Isaac Tawil |
| Mar 3, 2017 | Discovery | 2.5 | $250.00/hr | $625.00 | Invoiced | Isaac Tawil |
| Feb 23, 2017 | Telephone Conference | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| Feb 19, 2017 | Discovery | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Feb 16, 2017 | Legal Research | 1.5 | $250.00/hr | $375.00 | Invoiced | Isaac Tawil |
| Feb 14, 2017 | Client Meeting | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Feb 11, 2017 | Correspondence | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| Feb 10, 2017 | Discovery | 0.8 | $250.00/hr | $187.50 | Invoiced | Isaac Tawil |
| Feb 10, 2017 | Draft Document | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| Feb 10, 2017 | Draft Document | 0.6 | $250.00/hr | $150.00 | Invoiced | Isaac Tawil |
| Feb 9, 2017 | Discovery | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Feb 9, 2017 | Discovery | 1.7 | $250.00/hr | $425.00 | Invoiced | Isaac Tawil |
| Feb 8, 2017 | Telephone Conference | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| Feb 7, 2017 | Correspondence | 0.6 | $250.00/hr | $150.00 | Invoiced | Isaac Tawil |
| Feb 6, 2017 | Correspondence | 0.1 | $250.00/hr | $25.00 | Invoiced | Isaac Tawil |
| Feb 3, 2017 | Correspondence | 0.1 | $250.00/hr | $25.00 | Invoiced | Isaac Tawil |
| Jan 27, 2017 | Correspondence | 0.3 | $250.00/hr | $75.00 | Invoiced | Isaac Tawil |
| Jan 27, 2017 | Correspondence | 0.2 | $250.00/hr | $50.00 | Invoiced | Isaac Tawil |
| Jan 27, 2017 | Correspondence | 0.1 | $250.00/hr | $25.00 | Invoiced | Isaac Tawil |
| Jan 20, 2017 | Telephone Conference | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Jan 20, 2017 | Telephone Conference | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Jan 19, 2017 | Correspondence | 0.1 | $250.00/hr | $25.00 | Invoiced | Isaac Tawil |
| Jan 18, 2017 | Legal Research | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Jan 18, 2017 | Telephone Conference | 0.1 | $250.00/hr | $25.00 | Invoiced | Isaac Tawil |
| Jan 18, 2017 | Telephone Conference | 0.1 | $250.00/hr | $25.00 | Invoiced | Isaac Tawil |
| Jan 17, 2017 | Telephone Conference | 0.1 | $250.00/hr | $25.00 | Invoiced | Isaac Tawil |
| Jan 12, 2017 | Legal Research | 2.0 | $250.00/hr | $500.00 | Invoiced | Isaac Tawil |
| Jan 11, 2017 | Draft Document | 1.5 | $250.00/hr | $375.00 | Invoiced | Isaac Tawil |
| Jan 10, 2017 | Legal Research | 0.7 | $250.00/hr | $175.00 | Invoiced | Isaac Tawil |
| Jan 9, 2017 | Correspondence | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Jan 9, 2017 | Legal Research | 1.0 | $250.00/hr | $250.00 | Invoiced | Isaac Tawil |
| Jan 9, 2017 | Draft Pleading | 1.5 | $250.00/hr | $375.00 | Invoiced | Isaac Tawil |
| Jan 9, 2017 | Draft Document | 1.5 | $250.00/hr | $375.00 | Invoiced | Isaac Tawil |
| Jan 6, 2017 | Correspondence | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Jan 5, 2017 | Telephone Conference | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |

Exhibit A

| Date | Activity | Duration | Rate | Total | Status | User |
|---|---|---|---|---|---|---|
| Jan 5, 2017 | Draft Pleading | 4.6 | $250.00/hr | $1,150.00 | Invoiced | Isaac Tawil |
| Jan 4, 2017 | Client Meeting | 3.0 | $250.00/hr | $750.00 | Invoiced | Isaac Tawil |
| Dec 19, 2016 | Document Review | 2.5 | $250.00/hr | $625.00 | Invoiced | Isaac Tawil |
| Dec 8, 2016 | Client Meeting | 1.5 | $250.00/hr | $375.00 | Invoiced | Isaac Tawil |
| Dec 7, 2016 | Document Review | 1.5 | $250.00/hr | $375.00 | Invoiced | Isaac Tawil |
| Dec 7, 2016 | Correspondence | 0.5 | $250.00/hr | $125.00 | Invoiced | Isaac Tawil |
| Dec 2, 2016 | Draft Document | 2.0 | $250.00/hr | $500.00 | Invoiced | Isaac Tawil |
| Dec 1, 2016 | Client Meeting | 3.0 | $250.00/hr | $750.00 | Invoiced | Isaac Tawil |

Exhibit A



# David Schnaiderman, et al v. America's MHT d/b/a Medical Home Team, et al

C-5370-16-I

*Case Expenses*

Case details generated 07/02/2018

| Date | Activity | Quantity | Cost | Total | Status | User |
|---|---|---|---|---|---|---|
| Nov 27, 2017 | Expert Fees | 1.0 | $5,000.00 | $5,000.00 | Invoiced | Isaac Tawil |
| Aug 14, 2017 | Correspondence | 1.0 | $0.49 | $0.49 | Invoiced | Isaac Tawil |
| Aug 4, 2017 | Hearing Transcript | 1.0 | $89.80 | $89.80 | Invoiced | Isaac Tawil |
| Aug 4, 2017 | Expert Fees | 1.0 | $5,000.00 | $5,000.00 | Invoiced | Isaac Tawil |
| Jan 5, 2017 | Court Payment Service Fee | 1.0 | $18.96 | $18.96 | Invoiced | Isaac Tawil |
| Jan 5, 2017 | Court Fee | 1.0 | $2.00 | $2.00 | Invoiced | Isaac Tawil |
| Jan 5, 2017 | Copies | 96.0 | $1.00 | $96.00 | Invoiced | Isaac Tawil |
| Jan 5, 2017 | Service of Process | 6.0 | $85.00 | $510.00 | Invoiced | Isaac Tawil |
| Jan 5, 2017 | Citation | 6.0 | $8.00 | $48.00 | Invoiced | Isaac Tawil |
| Dec 19, 2016 | Service of Process | 1.0 | $140.00 | $140.00 | Invoiced | Isaac Tawil |
| Dec 19, 2016 | Filing Fees | 1.0 | $50.50 | $50.50 | Invoiced | Isaac Tawil |
| Dec 5, 2016 | Filing Fees | 1.0 | $302.50 | $302.50 | Invoiced | Isaac Tawil |
| Dec 5, 2016 | Filing Fees | 1.0 | $117.30 | $117.30 | Invoiced | Isaac Tawil |

Exhibit A



# David Schnaiderman, et al v. America's MHT d/b/a Medical Home Team, et al

C-5370-16-I

*Invoice Summary*

Case details generated 07/02/2018

| Number | Total | Paid | Amount Due | Due | Created | Status | Viewed | Online Payments |
|---|---|---|---|---|---|---|---|---|
| 00053 | $1,487.50 | $1,487.50 | -- | Mar 7, 2018 | Mar 7, 2018 | Paid | Mar 7, 2018 | Enabled |
| 00047 | $1,425.00 | $1,425.00 | -- | Dec 27, 2017 | Dec 27, 2017 | Paid | Dec 27, 2017 | Enabled |
| 00046 | $5,000.00 | $5,000.00 | -- | Nov 27, 2017 | Nov 27, 2017 | Paid | Dec 5, 2017 | Enabled |
| 00045 | $2,045.83 | $2,045.83 | -- | Oct 3, 2017 | Oct 3, 2017 | Paid | Oct 3, 2017 | Enabled |
| 00044 | $3,590.29 | $3,590.29 | -- | Sep 1, 2017 | Sep 1, 2017 | Paid | Sep 1, 2017 | Enabled |
| 00039 | $5,275.00 | $5,275.00 | -- | Aug 4, 2017 | Aug 4, 2017 | Paid | Aug 4, 2017 | Enabled |
| 00038 | $3,550.00 | $3,550.00 | -- | Aug 4, 2017 | Aug 4, 2017 | Paid | Aug 4, 2017 | Enabled |
| 00032 | $525.00 | $525.00 | -- | -- | Jul 5, 2017 | Paid | Jul 7, 2017 | Enabled |
| 00021 | $700.00 | $700.00 | -- | -- | Apr 28, 2017 | Paid | Apr 28, 2017 | Enabled |
| 00014 | $2,787.50 | $2,787.50 | -- | -- | Mar 3, 2017 | Paid | Mar 3, 2017 | Enabled |
| 00006 | $5,749.96 | $5,749.96 | -- | Jan 31, 2017 | Jan 31, 2017 | Paid | Feb 3, 2017 | Enabled |
| 00001 | $3,360.30 | $3,360.30 | -- | Dec 29, 2016 | Jan 4, 2017 | Paid | Never | Disabled |

Exhibit A